IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3030 |
| vs. | |
| ALAN J. OSTRANDER, | ORDER |
| Defendant. | |

Based on the representations of counsel for the parties, trial preparation for this case will require the parties to review of a large numbers of documents, confer with numerous witnesses, and understand a complex set of transactions. After explaining these circumstances, the defendant agrees that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held at 9:30 a.m. on May 25, 2016 before the undersigned magistrate judge to discuss case progression and a potential trial setting.

2) The Court further finds that this case is "unusual and complex," and the time between today's date and May 25, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

March 11, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge