IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3030 |
| vs. | |
| ALAN J. OSTRANDER, | ORDER |
| Defendant. | |

Based on the representations of counsel for the parties, trial preparation for this case will require the parties to review a large numbers of documents, confer with numerous witnesses, and understand a complex set of transactions. After explaining these circumstances, the defendant agrees that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a telephonic status conference will be held at 1:00 p.m. on June 6, 2016 before the undersigned magistrate judge to discuss case progression and a potential trial setting. The court will provide call-in information for counsel's participation in the conference call.

2) On or before May 3, 2016, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

3) The Court further finds that the time between today's date and June 6, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge