# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

             Plaintiff,

   vs.

ALAN J. OSTRANDER,

          Defendant.

Case No. 4:16cr3030

ORDER

      Before the Court is the Request for Transcript of Sentencing held on March 23, 2017 [Filing No. 51] for preparation of the transcript.

    IT IS ORDERED:

      The Request for Transcript, Filing No. 58, filed by Attorney Timothy J. Thalken is granted.

      If the request for transcript was filed by a non-party, the clerk's office is directed to mail a copy of this order to the party requesting the transcript. **The requestor should contact the appropriate court reporter, Rogene Schroder, phone number 402-661-7383, to arrange payment.**

    Dated: April 11, 2017

                 BY THE COURT:


                 s/ John M. Gerrard
                 United States District Judge